B3B (Official Form 3B) (12/07) – Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Salvatore F. Divicino
     Debtor(s)

Case No. 10 B 17997

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED, *as debtor did not appear*

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 74.75    on or before May 21, 2010

    $ 74.75    on or before June 21, 2010

    $ 74.75    on or before July 21, 2010

    $ 74.75    on or before August 20, 2010

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____
                                     (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: MAY 12 2010

BY THE COURT
_____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:    10-17997
Case Name:      Salvatore F. Divicino
                        debtor(s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 13th day of May, 2010 I caused to be served via first class mail a true and correct copy of:

order on debtor's application for waiver of chapter 7 filing fee dated: May 12, 2010

addressed to each of the following named individuals:

Salvatore F. Divicino
104 E. Whitehall Ave.
Northlake, IL 60164


_____
Karen Jacobs
Courtroom Deputy